**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUDD A. GILEFSKY, SB# 198694
E-Mail: Judd.Gilefsky@lewisbrisbois.com
KARYN L. IHARA, SB# 298950
E-Mail: Karyn.Ihara@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HENRY GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF KARYN L. IHARA IN SUPPORT OF FORD MOTOR COMPANY'S NOTICE OF REMOVAL**<br><br>*[Notice of Removal filed concurrently]* |

## DECLARATION OF KARYN L. IHARA

I, Karyn L. Ihara, declare as follows:

1. I am an attorney duly licensed to practice law before the United States District Court for the Central District of California, and am an attorney for Lewis Brisbois Bisgaard & Smith, LLP, attorneys for Defendant Ford Motor Company ("Ford"). I am a member in good standing with the State Bar of California. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. This declaration is submitted in support of Defendant Ford Motor

Company's Notice of Removal to the United States District Court for the Central District of California Under 28 U.S.C. sections 1332, 1441 and 1446.

3. In executing this declaration, I do not intend, and Ford has not authorized me, to waive any protections or privileges Ford may have as to proprietary, trade secret, and/or confidential information, or to waive Ford's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. Ford was served with a copy of Plaintiff's Summons and Complaint on May 3, 2022, through its designated agent for service of process, CT Corporation System. True and accurate copies of all process, pleadings and orders for the State Action in Ford's possession are attached hereto as **Exhibit A**

5. Attached as **Exhibit B** is a true and correct copy of an excerpt from Ford's 10-K filing for the fiscal year ending December 31, 2019, which is posted on Ford's website at https://s23.q4cdn.com/799033206/files/doc_financials/annual/10k-2019-q4.pdf.

6. This "Lemon Law" action arises out of Plaintiff's purchase of a new 2019 Ford Expedition, vehicle identification number 1FMJU1MT8KEA42260 ("Subject Vehicle") on May 23, 2019.

7. According to the Retail Installment Sale Contract for the Subject Vehicle, Plaintiff purchased the Subject Vehicle from Sunrise Ford, which is located in Fontana, California. Attached as **Exhibit C** is a true and correct copy of the Retail Installment Sale Contract for the Subject Vehicle.

8. Based on the Subject Vehicle's AWS claims list report and a recent CarFax report, the repairs and maintenance for the Subject Vehicle only occurred in California. Attached as **Exhibit D** is a true and correct copy of the Subject Vehicle's AWS claim list report. Attached as **Exhibit E** is a true and correct copy of the Subject Vehicle's CarFax report dated May 31, 2022.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 2nd day of June 2022, at Los Angeles, California.

/s/ Karyn L. Ihara
Karyn L. Ihara

