# EXHIBIT D

Server: **AWS Prod**

Claims loaded through: **4-MAY-2022**

# STANDARD CLAIMS LIST

## AWS Online Report

*Run Date:* May 5, 2022

*Note: All Costs are in US Dollars*

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 8 | 6Y05 | * | MAINT | * | | F9 | V99 | A99 | 82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **AWS Claim Key:** 3067915 | **Doc #:** 488086A | **FCC Auth:** H | **Trx Code:** 0968S | **Labor Hrs:** 1.3 | **Labor Cost:** 54.52 | **Material Cost:** 26.24 **Total Cost:** 82.83 |
| **Dlr Cd-Sub Cd:** 08393 - * | **Name:** FORD OF UPLAND | **Ph:** 909-9465555 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 19-DEC-2019 | **RL Cmplt Date:** 23-DEC-2019 **DIST(Mile):** 7209 |

**Cust Comments:** PERFORM PREMIUM CARE 7.5K INTERVAL MAINT. FOR APPROPRIATE MILEAGE INTERVAL

**Tech Comments:** REPLACED 6 QTS OF ENGINE OIL, OIL FILTER, ROTATED TIRES AND PERFORMED MULTIPOINT INSPECTION

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 15 | 6Y05 | * | MAINT | * | | F9 | V99 | A99 | 82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **AWS Claim Key:** 5979211 | **Doc #:** 499659A | **FCC Auth:** H | **Trx Code:** 0968S | **Labor Hrs:** 1.3 | **Labor Cost:** 55.59 | **Material Cost:** 25.2 **Total Cost:** 82.68 |
| **Dlr Cd-Sub Cd:** 08393 - * | **Name:** FORD OF UPLAND | **Ph:** 909-9465555 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 14-AUG-2020 | **RL Cmplt Date:** 14-AUG-2020 **DIST(Mile):** 14202 |

**Cust Comments:** PERFORM PREMIUM CARE 7.5K INTERVAL MAINT. FOR APPROPRIATE MILEAGE INTERVAL(USA 2019 NEW 72/100K PREM MAINT(M&W) 7.5K INTERV AL)

**Tech Comments:** CHANGED THE OIL AND FILTER, ROTATED THE TIRES AND PERFORMED THE BRAKE INSPECTION, PERFORMED THE MULTI POINT INSPECTIO N.

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 16 | 5K07 | HC3Z | 1A189 | A | | FC | V17 | A40 | 42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **AWS Claim Key:** 6008354 | **Doc #:** 499749A | **FCC Auth:** 1 | **Trx Code:** E84 | **Labor Hrs:** .5 | **Labor Cost:** 61.11 | **Material Cost:** 86.65 **Total Cost:** 147.76 |

| Dlr Cd-Sub Cd: | 08393 - * | Name: FORD OF UPLAND | Ph: 909-9465555 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 17-AUG-2020 | RL Cmplt Date: 18-AUG-2020 | DIST(Mile): 14266 |

**Cust Comments:** CUSTOMER STATES LOW TIRE PRESSURE

**Tech Comments:** VERIFIED THE CUSTOMER CONCERN, PERFORMED THE TRAINING TEST, FOUND THE PASSENGER REAR TIRE NOT REGISTERING, REPLACED THE SENSOR, TRAINED ALL 4 TIRES-PASS.

---

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 20 | 6Y05 | * | MAINT | * | F9 | V99 | A99 | 82 |

| AWS Claim Key: | 7545827 | Doc #: 506454A | FCC Auth: H | Trx Code: 0968S | Labor Hrs: 1.3 | Labor Cost: 55.59 | Material Cost: 25.2 | Total Cost: 82.68 |
| Dlr Cd-Sub Cd: | 08393 - * | Name: FORD OF UPLAND | Ph: 909-9465555 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 08-JAN-2021 | RL Cmplt Date: 08-JAN-2021 | DIST(Mile): 23059 |

**Cust Comments:** PERFORM SCHEDULED MAINT. 22500 MILE SERVICE,CHANG E OIL AND FILTER, ROTATE TIRES AND INSPECTBRAKES. REPLACE CABIN AIR FILTER. ALL WIPERBLADES STREAK WHEN USED. 7500 MILE REMINDERLABEL. PREM MAINT.

**Tech Comments:** REPLACED 6 QTS OIL, OIL FILTER, ROTATED TIRES

---

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 20 | 5G02 | * | 3078 | * | F2 | V86 | N53 | 24 |

| AWS Claim Key: | 7545860 | Doc #: 506454D | FCC Auth: 1 | Trx Code: E84 | Labor Hrs: 2.1 | Labor Cost: 256.64 | Material Cost: 9.46 | Total Cost: 266.1 |
| Dlr Cd-Sub Cd: | 08393 - * | Name: FORD OF UPLAND | Ph: 909-9465555 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 08-JAN-2021 | RL Cmplt Date: 08-JAN-2021 | DIST(Mile): 23059 |

**Cust Comments:** CUSTOMER STATES THAT WHEN TURNING THE STEERINGWHEEL FAR LEFT OR RIGHT. MAY SOUND LIKE A GROANTYPE NOISE.

**Tech Comments:** PERFORMED ELECTRONIC CHASSIS EAR DIAGNOSIS. FOUND NOISE COMING FROM L/F LOWER CONTROL ARM FRONT BOLT BEING SLIGHTLY LOOSE CAUSING ARM AND WHEEL TO SHIFT. TIGHTENED L/F CONTROL ARM BOLT AND CHECKED ALIGNMENT. FOUND L/F CAMBER AT -1.1 DEGREES. CORRECTED L/F CAMBER TO -.3 DEGREES . AND RESET FRONT TOE. PERFORMED POST REPAIR ROAD TEST

---

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 20 | 5V02 | AU2Z | 2V001 | E | F2 | V21 | N17 | 30 |

| AWS Claim Key: | 7607487 | Doc #: 506589A | FCC Auth: G | Trx Code: 0968D | Labor Hrs: 2.2 | Labor Cost: 268.86 | Material Cost: 85.72 | Total Cost: 359.52 |
| Dlr Cd-Sub Cd: | 08393 - * | Name: FORD OF UPLAND | Ph: 909-9465555 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 11-JAN-2021 | RL Cmplt Date: 11-JAN-2021 | DIST(Mile): 23193 |

**Cust Comments:** CUSTOMER STATES THAT A RUBBING NOISE IS HEARDWHEN BRAKING. ESP PREM MAINT.

| Tech Comments: | RACK AND INSPECTED FRONT AND REAR BRAKES. FOUND FRONT BRAKE PADS AT 2MM AND BOTH FRONT ROTORS HAVE SLIGHT HARD SPOTS DUE TO EXCESSIVE HEAT FROM PAD LININGS BEING LOW. MACHINED BOTH FRONT ROTORS DUE TO HARD SPOTS. L/F ROTOR 33.9MM BEFORE 33.6 AFTER. R/F ROTOR 33.9 BEFORE 33.3MM AFTER. REPLACED FRONT BRAKE PADS AND PERFORMED POST REPAIR ROAD TEST |
|---|---|

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 25 | 6Y05 | * | MAINT | * | F9 | V99 | A99 | 82 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 8980028 | **Doc #:** | 513526A | **FCC Auth:** | H | **Trx Code:** | 0968S | **Labor Hrs:** | 1.4 | **Labor Cost:** | 59.87 | **Material Cost:** | 40.74 | **Total Cost:** | 104.31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 08393 - * | **Name:** | FORD OF UPLAND | **Ph:** | 909-9465555 | **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | | **Repr Date:** | 28-MAY-2021 | **RL Cmplt Date:** | 28-MAY-2021 | **DIST(Mile):** | 31780 |

| Cust Comments: | PERFORM SCHEDUELD MAINT. 30000 MILE SERVICE,CHANG E OIL AND FILTER, ROTATE TIRES AND INSPECTBRAKES, REPLACE AIR FILTER. 7500 MILE REMIDERLABEL. PREM MAINT. |
|---|---|
| Tech Comments: | MBASIC 0.9 MBASIC1 0.2 MPI 0.2 TOP OFF OIL. ROTATE TIRES. SET TIRES PRESURE REP LD ENGINE AIR FILTER |

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 29 | 6Y20 | * | RENTAL | * | F9 | V99 | A99 | 82 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 10509409 | **Doc #:** | 1481106 | **FCC Auth:** | B | **Trx Code:** | PRENT | **Labor Hrs:** | 0 | **Labor Cost:** | 0 | **Material Cost:** | 0 | **Total Cost:** | 350 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 05626 - * | **Name:** | CHINO HILLS FORD | **Ph:** | 909-3939331 | **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | | **Repr Date:** | 30-SEP-2021 | **RL Cmplt Date:** | 08-NOV-2021 | **DIST(Mile):** | 37606 |

| Cust Comments: | PROVIDE CLIENT LOAN CAR/ FORD LOANER VEHICLE |
|---|---|
| Tech Comments: | PROVIDED CLIENT WITH LOANER VEHICLE |

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 29 | 3A02 | JL3Z | 7H351 | A | F2 | V48 | P65 | 07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 10606477 | **Doc #:** | 1481103 | **FCC Auth:** | 1 | **Trx Code:** | E95 | **Labor Hrs:** | 23.2 | **Labor Cost:** | 4036.8 | **Material Cost:** | 1943.98 | **Total Cost:** | 5980.78 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 05626 - * | **Name:** | CHINO HILLS FORD | **Ph:** | 909-3939331 | **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | | **Repr Date:** | 30-SEP-2021 | **RL Cmplt Date:** | 19-NOV-2021 | **DIST(Mile):** | 37606 |

| Cust Comments: | CUSTOMER STATES WHEN DRIVING THERE IS A LURCH IN BETWEEN GEARS, THERE A LOSS OF POWER OF VEHICLE WHEN TRYING TO ACCELERATE , WHEN ACCELERATING HEARING GRINDING SOUND IN TRANSMISSION CHECK AND ADVISE |
|---|---|
| Tech Comments: | valve body.hotline contact, ORDERED VALVE BODY INSTALLED VALVE BODY, STILL HAS ISSUES, TEAR DOWN FOR EVAULUAION 7001 .6, 700a 7.4, 7000axq .2, 7000azj .3, 7000a2 6.8, 7000a11 .6, mt 7.3=23.2 7h351 cc 07 000677648 perform diag, verified concern, run oasis, found tsb 21-2315, performed tsb, Reprogram The Transmission Strategy Download Into ThePCM/TCM And Perform Adaptive Learning Drive Cycle (Yes) Overhaul The Main Control Valve Body And Perform Adaptive Learning Drive Cycle, road test, concern still present, contact hotline, air test passed as per hotline recommendations replaced valvebody, concern still present, removed trans, teardown for inspection, found bushing moved on hub, recondition trans, replaced clutch c and f, mount to fixture, reassemble, refill, retest after repair op normal. mt valve body o/h, valve body replacement, additional diag. |

| VIN | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 32 | 2G05 | * | RECAL | * | F5 | V49 | N09 | 42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 10739656 | **Doc #:** 47611904 | **FCC Auth:** O | **Trx Code:** 21B10 | **Labor Hrs:** .3 | **Labor Cost:** 41.05 | **Material Cost:** 0 | **Total Cost:** 41.05 |
| **Dlr Cd-Sub Cd:** | 05439 - * | **Name:** FIESTA FORD, INC. | **Ph:** 760-7728000 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 16-DEC-2021 | **RL Cmplt Date:** 16-DEC-2021 | **DIST(Mile):** 38333 |

**Cust Comments:** PERFORM WARRANTY REPAIRS PER CUSTOMER CONCERN 21B10 POWERTRAIN CONTROL MODULE REPROGRAM FOR CAM PHASER RATTLE

**Tech Comments:** PER FSA CP:RECAL TECH 869,000711438 LABOR 0.30 PERFORMED RECALL 21B10D. Reprogram the PCM to the latest level.

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 32 | 6Y05 | * | MAINT | * | F9 | V99 | A99 | 82 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 10922471 | **Doc #:** 526870A | **FCC Auth:** H | **Trx Code:** 0968S | **Labor Hrs:** 1.3 | **Labor Cost:** 72.35 | **Material Cost:** 38.52 | **Total Cost:** 114.15 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 08210 - * | **Name:** SUNRISE FORD | **Ph:** 909-8224401 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 06-JAN-2022 | **RL Cmplt Date:** 08-JAN-2022 | **DIST(Mile):** 39432 |

**Cust Comments:** PERFORM 7.5K PREMIUM MAINT SERVICE INTERVAL, CHANGE OIL AND FILTER, ROTATE TIRES, TOP OFF FLUIDS, RESET MAINT REM INDER

**Tech Comments:** PERFORMED 7.5K SERVICE PER CHECKLIST. CHANGED ENGINE OIL AND FILTER, ROTATED TIRES, TOPPED OFF ENGINE BAY FLUIDS, PERFORMED MULTI-POINT VISUAL INSPECTION ON TIRES, VEHICLE BATTERY, ENGINE DRIVE BELTS, COOLANT AND POWER STEERING HOSES, BRAKE PADS AND ROTORS, BALL JOINTS, SHOCKS/STRUTS , ENGINE AIR FILTER, SET TIRE PRESS URES.

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 32 | 5V02 | FL1Z | 2001 | E | F2 | V21 | N17 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 10956565 | **Doc #:** 526870E | **FCC Auth:** G | **Trx Code:** 0968D | **Labor Hrs:** 3 | **Labor Cost:** 445.2 | **Material Cost:** 301.54 | **Total Cost:** 772.36 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 08210 - * | **Name:** SUNRISE FORD | **Ph:** 909-8224401 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 06-JAN-2022 | **RL Cmplt Date:** 08-JAN-2022 | **DIST(Mile):** 39432 |

**Cust Comments:** UPON INSPECTION FOUND FRONT BRAKES AT1MM

**Tech Comments:** PERFORM FT BRAKE SERVICE FOUND FT BRAKES AT 1MM REPLACED FT BRAKE PADS AND RESURFACE FT ROTORS BLF 33.10MM BRF 33.04MM ALF 32.50MM ARF 31.78MM SPECS. 32.00MM REPLACED RIGHT FT ROTOR. ROAD TEST AFTER REPAIRS NORMAL BRAKE OPE RATIONS FOUND REAR BRAKES AT 3MM

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 33 | 1C04 | ML3Z | 6256 | A | F4 | V44 | D50 | 42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **AWS Claim Key:** | 11232159 | **Doc #:** 528613B | **FCC Auth:** 1 | **Trx Code:** S07 | **Labor Hrs:** 9.8 | **Labor Cost:** 1558.2 | **Material Cost:** 779.81 | **Total Cost:** 2338.01 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 08210 - * | **Name:** SUNRISE FORD | **Ph:** 909-8224401 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 01-FEB-2022 | **RL Cmplt Date:** 15-FEB-2022 | **DIST(Mile):** 40201 |

**Cust Comments:** CUSTOMER STATES TO HEAR A RATTLING/RUBBLING NOISE WHEN TURNING ON THE VEHICLE IN THE MORNING AND NOISE WILL NOT GO AWAY UNTIL DRIVING ABOUT 15 MPH CHECK AND ADVISE

**Tech Comments:** INSPECT VEHICLE AS TO VERIFY CONCERN . AFTER INSPECTION OF VEHICLE CONCERN WAS VERIFIED AND NOTICED RATTLE TYPE NOISE UP ON INITIAL START UP. REPLACED VCT`S ASSEMBLIES AS TO CORRECT RATTLE TYPE NOISE AND AS PER TSB #2121-19

---

| 1FMJU1MT8KEA42260 | B3 | T/B8 | F | T/WD | T/EF | T/E | A1 | T/EU | T/UR | 06-APR-2019 | 23-MAY-2019 | 171152 | USA | 33 | 1D05 | HL3Z | 9448 | B | F4 | V44 | D50 | D8 |

| **AWS Claim Key:** | 11236549 | **Doc #:** 528613C | **FCC Auth:** 1 | **Trx Code:** S07 | **Labor Hrs:** 6 | **Labor Cost:** 954 | **Material Cost:** 431.92 | **Total Cost:** 1385.92 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 08210 - * | **Name:** SUNRISE FORD | **Ph:** 909-8224401 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 01-FEB-2022 | **RL Cmplt Date:** 15-FEB-2022 | **DIST(Mile):** 40201 |

**Cust Comments:** CUSTOMER STATES TO HEAR A RATTLINGW HINING/WHIRLING NOISE COMING FROM THE DASH. ISSUE STOPS WHEN DRIVING ABOUT 15 MPH CHECK ANDADVISE

**Tech Comments:** INSPECT VEHICLE AS TO VERIFY CONCERN AND FOUND WHISTLE TYPE NOISE FROM ENGINE COMP UNDER ACCELERATION. TRACE WHISTLE TYPE NOISE TO EXHAUST LEAKS FROM LT SIDE EXHAUST MANIFOLD REMOVED LT SIDE EXHAUST MANIFOLD FROM VEHICLE AND FOUND BROKEN BOLTS TO EXHAUST PORTS TO CYLINDERS 2 AND 3 CAUSED BY EXHAUST MANIFOLD WARPED AT .006 INCH M TIME TO DRILL OUT REMOVED AND RE TAP BROKEN BOLTS TO EXHAUST PORTS 2 AND 3 REPLACED EXHAUST MANIFOLD STUDS AND NUTS REPLACED EXHAUST MANIFOLD TO LT SIDE AS TO CORRECT EXHAUST LEAKS CAUSED BY WARPED MANIFOLD CAUSING BOLTS TO BRAKE RE INSTALL EXHAUST MANIFOLD TO VEHICLE AFTER REPAIRS . .