# EXHIBIT E

Case 5:22-cv-00922-MEMF-SP Document 1-6 Filed 06/02/22 Page 2 of 6 Page ID #:39

Robert Dailey (B274031)
Los Angeles, CA
Reference Number: 23722.707

 **Vehicle History Report**™

### 2019 FORD EXPEDITION PLATINUM

VIN: 1FMJU1MT8KEA42260
4 DOOR WAGON/SPORT UTILITY
3.5L V6 F DOHC 24V
GASOLINE
REAR WHEEL DRIVE W/ 4X4

| | |
|---|---|
| ✓ | No accidents or damage reported to CARFAX |
| 🛡 | Regular oil changes |
| 1 | CARFAX 1-Owner vehicle |
| 🏠 | Personal vehicle |
| 🌎 | Last owned in California |
| 🚗 44,146 | Last reported odometer reading |



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 5/31/22 at 5:26:50 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Ownership History
The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2019 |
| Type of owner | Personal |
| Estimated length of ownership | 3 years |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 15,360/yr |
| Last reported odometer reading | 44,146 |

### Title History
CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|

| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ Guaranteed No Problem |
|---|---|
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ Guaranteed No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms

## CARFAX Additional History
*Not all accidents / issues are reported to CARFAX*
👤 Owner 1

| Total Loss — No total loss reported to CARFAX. | ✔ No Issues Reported |
|---|---|
| Structural Damage — No structural damage reported to CARFAX. | ✔ No Issues Reported |
| Airbag Deployment — No airbag deployment reported to CARFAX. | ✔ No Issues Reported |
| Odometer Check — No indication of an odometer rollback. | ✔ No Issues Indicated |
| Accident / Damage — No accidents or damage reported to CARFAX. | ✔ No Issues Reported |
| Manufacturer Recall — A current list of recalls is available at Ford Motor Company. | ✔ No Recalls Reported |
| Basic Warranty — Original warranty estimated to have expired. | Warranty Expired |

## CARFAX Detailed History

### Owner 1
Purchased: 2019

Personal Vehicle
15,360 mi/yr

| Date | Mileage | Source | | Comments |
|---|---|---|---|---|
| 04/07/2019 | | NICB | | Vehicle manufactured and shipped to original dealer |
| 04/29/2019 | 14 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | Vehicle serviced<br>- Pre-delivery inspection completed |
| 05/23/2019 | 17 | California<br>Motor Vehicle Dept. | | Odometer reading reported |

| | | | | |
|---|---|---|---|---|
| | | Upland, CA | | |
| 05/31/2019 | 443 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced** |
| 06/11/2019 | | California<br>Motor Vehicle Dept.<br>Upland, CA | | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported |
| 06/27/2019 | 1,148 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced** |
| 07/26/2019 | 1,164 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced** |
| 12/23/2019 | 7,209 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Battery/charging system checked<br>- Tire condition and pressure checked |
| 08/14/2020 | 14,202 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Battery/charging system checked<br>- Maintenance reminder reset<br>- Tire condition and pressure checked<br>- Tire pressure sensor replaced |
| 01/12/2021 | 23,067 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Alignment performed<br>- Battery/charging system checked<br>- Tire condition and pressure checked<br>- Oil and filter changed<br>- Brakes checked<br>- Tires rotated<br>- Brakes replaced<br>- Front brake rotor(s) resurfaced |
| 01/30/2021 | 24,379 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced** |
| 06/02/2021 | 31,780 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Tire condition and pressure checked |

| | | | | |
|---|---|---|---|---|
| | | | | - Air filter replaced<br>- Oil and filter changed<br>- Brakes checked<br>- Tires rotated |
| 08/20/2021 | 37,334 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.0 / 5.0  44 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Transmission checked<br>- Oil and filter changed<br>- Brakes checked |
| 09/13/2021 | | Ford Motor Company | | **Manufacturer Customer Satisfaction Program issued**<br>- Program #21N08 PCM REPROGRAM DUE TO ENGINE SHUDDER<br><br>Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information |
| 10/12/2021 | 37,576 | Ford of Upland<br>Upland, CA<br>909-946-5555<br>fordofupland.com<br>⭐ 4.9 / 5.0  7 Verified Reviews ✓ | 🔧 | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Transmission checked<br>- Brakes checked |
| 12/16/2021 | 38,333 | Fiesta Ford<br>Indio, CA<br>760-772-8000<br>fiestaford.com<br>⭐ 4.6 / 5.0  528 Verified Reviews ✓<br>❤ 7,230  Customer Favorites | 🔧 | **Vehicle serviced**<br>- Tire condition and pressure checked |
| 12/17/2021 | | Ford Motor Company | | **Manufacturer Customer Satisfaction Program issued**<br>- Program #21N03 CAM PHASERS<br><br>Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information |
| 01/06/2022 | 39,432 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Brakes checked<br>- Brakes replaced<br>- Brake rotor(s) replaced<br>- Front brake rotor(s) resurfaced<br>- Rear brake rotor(s) resurfaced<br>- Oil and filter changed<br>- Rear brakes serviced/adjusted |
| 02/15/2022 | 40,203 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced**<br>- Exhaust manifold replaced |
| 04/25/2022 | 44,146 | Sunrise Ford<br>Fontana, CA<br>909-822-4401<br>sunriseford.com | 🔧 | **Vehicle serviced** |
| 05/10/2022 | | California | | **Title issued or updated** |

| | |
|---|---|
| Motor Vehicle Dept.<br>Upland, CA | - Loan or lien released |



This vehicle's oil change history, as reported to CARFAX, follows the manufacturer's recommendation. Track your service history for free at carfax.com/service.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

 Glossary

**CARFAX Well Maintained - Regular Oil Changes**
CARFAX identifies a "Well Maintained - Regular Oil Change" vehicle as having a regular oil change history when all its recommended oil changes, based on the vehicle's maintenance schedule, have been reported to CARFAX. CARFAX uses the manufacturer's schedule and assumes normal driving conditions. When an oil change schedule is not available, CARFAX may analyze reported service events to determine what is typical for the same make and model vehicle. Dealers and service shops may publish different recommended service schedules.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ford or Lincoln Mercury Recall**
The Ford Motor Company provides Carfax with Field Service Action and recall information regarding safety, compliance and emissions programs announced since 2000 for a specific vehicle. For complete information regarding programs or concerns about this vehicle, please contact a local Ford or Lincoln Mercury Dealer.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:     facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2022 CARFAX, Inc., part of S&P Global. All rights reserved.
5/31/22 5:26:50 PM (CDT)