1  DAVID N. BARRY, ESQ. (SBN 219230)
2  CARRIE SHUMAKE, ESQ. (SBN 323883)
   THE BARRY LAW FIRM
3  11845 W. Olympic Blvd., Suite 1270
   Los Angeles, CA 90064
4  Telephone: 310.684.5859
   Facsimile: 310.862.4539
5
6  Attorneys for Plaintiff, HENRY GONZALEZ

7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   JUDD A. GILEFSKY, ESQ. (SBN 198694)
8  KARYN L. IHARA, ESQ. (SBN 298950)
   633 W. 5th Street, Suite 4000
9  Los Angeles, CA 90071
   Telephone: (213) 599-7723
10 Facsimile: (213) 250-7900

11 Attorney for Defendant, FORD MOTOR COMPANY

12

13
                   UNITED STATES DISTRICT COURT
14
                  CENTRAL DISTRICT OF CALIFORNIA
15

16

17 HENRY GONZALEZ, an individual,    ) Case No. 5:22-cv-00922-MEMF-SP
                                     )
18                                   )
                                     ) (Removed from San Bernardino County – Case
19            Plaintiff,             ) No. CIVSB2207269)
                                     )
20     v.                            )
                                     ) JOINT STIPULATION AND ORDER FOR
21                                   ) DISMISSAL WITH PREJUDICE
   FORD MOTOR COMPANY, A             )
22                                   ) Action Filed: April 1, 2022
   Delaware Corporation; and DOES 1  ) Trial Date: None
23
   through 20, inclusive,
24                                     District Judge: Hon. Maame Ewusi-Mensah
                                       Frimpong
25            Defendants.              Magistrate Judge: Hon. Sheri Pym

26

27

28

                                     1
   JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, Henry Gonzalez, and Defendant, Ford Motor Company, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: November 29, 2022        **THE BARRY LAW FIRM**

By: /s/ David N. Barry
David N. Barry
Attorneys for Plaintiff, HENRY GONZALEZ

Dated: November 29, 2022        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Karyn L. Ihara
Judd Gilefsky
Karyn L. Ihara
Attorneys for Defendant, FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, David N. Barry,, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: /s/ *David N. Barry, Esq.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I filed the foregoing document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry

-1-
**CERTIFICATE OF SERVICE**